IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

TINNA BELDIN,

        Plaintiff,

-vs-                                          Case No. A-02-CA-572-SS

TRAVIS COUNTY and STEPHEN L. WILLIAMS, in His Official Capacity,

        Defendants.

## FINAL JUDGMENT

BE IT REMEMBERED on the _18th_ day of April 2003 the Court entered its order in the above-styled cause granting defendant Travis County's Motion for Summary Judgment, and thereafter enters the following judgment:

    IT IS FURTHER ORDERED, ADJUDGED, and DECREED that the plaintiff Tina Beldin take nothing against the defendants Travis County and Stephen L. Williams and that the defendants go hence without delay and with their costs, for which let execution issue against plaintiff.

SIGNED this the _18th_ day of April 2003.

                                                          _/s/ Sam Sparks_
                                                          SAM SPARKS
                                                          UNITED STATES DISTRICT JUDGE