# UNITED STATES COURT OF APPEALS
## FOR THE FIFTH CIRCUIT

No. 03-50531
Summary Calendar

D.C. Docket No. A-02-CV-572-SS

TINNA BELDIN

        Plaintiff - Appellant

v.

TRAVIS COUNTY; STEPHEN L WILLIAMS, in his official capacity

        Defendants - Appellees

Appeal from the United States District Court for the
Western District of Texas, Austin.

Before REAVLEY, JONES, and PRADO, Circuit Judges.

## J U D G M E N T

This cause was considered on the record on appeal and the briefs on file.

It is ordered and adjudged that the judgment of the District Court is affirmed.

IT IS FURTHER ORDERED that plaintiff-appellant pay to defendants-appellees the costs on appeal to be taxed by the Clerk of this Court.

ISSUED AS MANDATE: JAN 2 1 2004

A true copy
Test
Clerk, U. S. Court of Appeals, Fifth Circuit

By _____
        Deputy
New Orleans, Louisiana
JAN 2 1 2004

FILED FEB 3 2004
CLERK, U.S. DISTRICT COURT
WESTERN DISTRICT OF TEXAS
BY DEPUTY CLERK

U.S. COURT OF APPEALS
FILED
DEC 2 9 2003
CHARLES R. FULBRUGE III
CLERK

United States Court of Appeals
Fifth Circuit

**F I L E D**

December 29, 2003

Charles R. Fulbruge III
Clerk

IN THE UNITED STATES COURT OF APPEALS

FOR THE FIFTH CIRCUIT

---

No. 03-50531
Summary Calendar

---

TINNA BELDIN,

                                      Plaintiff-Appellant,

versus

TRAVIS COUNTY; STEPHEN L. WILLIAMS,
in his official capacity,

                                      Defendants-Appellees.

---

Appeal from the United States District Court for
the Western District of Texas
(USDC No. A-02-CV-572-SS)

---

Before REAVLEY, JONES and PRADO, Circuit Judges.

PER CURIAM:[*]

Plaintiff Tinna Beldin filed a claim for compensation under the Fair Labor Standards Act, 29 U.S.C. § 203. Without requesting or receiving wages, the plaintiff

---

[*]Pursuant to 5TH CIR. R. 47.5, the Court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in 5TH CIR. R. 47.5.4.

performed services to assist her mother, Sally Decker, who was employed by the Travis County Health & Human Services Department. The plaintiff provided no objective indicia of an employment relationship.

Travis County filed a motion for summary judgment. Pursuant to Rule 56(c) of the Federal Rules of Civil Procedure, the district court found that Travis County was entitled to a judgment as a matter of law. We affirm the decision of the district court as there was no evidence that the plaintiff should be considered an employee under the Fair Labor Standards Act. The FLSA ought to be interpreted broadly, but it was "not intended to stamp all persons as employees, who, without any express or implied compensation agreement, might work for their own advantage on the premises of another. Walling v. Portland Terminal Co., 330 U.S. 148, 152 (1947).

AFFIRMED.